### Mobil Oil Corporation v. Norman W. Prive

[406 A.2d 400]

No. 297-78

Present: Barney, C.J., Daley, Larrow and Hill, JJ., and Smith, J. (Ret.), Specially Assigned

Opinion Filed September 10, 1979

*Monte & Monte,* Barre, for Plaintiff.

*Norman W. Prive,* Morrisville, *pro se,* Defendant.

**Per Curiam.** In a collection action, the trial court rendered judgment for the defendant with respect to an indebtedness, undisputed as to liability or amount. He had sent, and plaintiff had cashed, a check for a lesser amount with a notation of payment of account in full. *Curran v. Bray Wood Heel Co.,* 116 Vt. 21, 68 A.2d 712 (1949), was relied upon as supporting this result.

*Curran* deals with an obligation *disputed* as to amount. *Id.* at 25, 68 A.2d at 715. The rule applicable to the facts found is stated in *Crosby's Admrs. v. Naatz,* 98 Vt. 226, 228–29, 126 A. 547, 548 (1924):

> The payment of an amount less than that for which the debtor is liable does not constitute a valid accord and

satisfaction, unless there was a *bona fide* dispute or controversy as to the debtor's liability, or as to the amount due from him, or unless the damages are unliquidated. The requisite as a ground for compromise is a claim urged in good faith and with color of right. (Citations omitted.)

Accord, *In re Estate of Boynton,* 121 Vt. 98, 109, 148 A.2d 115, 122 (1959).

*Judgment reversed, and cause remanded for entry of judgment for plaintiff for $1,100.58 with interest and costs in each court.*